THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
1:12-CV-00895-WO-LPA

| | |
|---|---|
| THEODORE HOWARD,<br>    Plaintiff,<br><br>vs.<br><br><br>GE MONEY, SMITH DEBNAM NARRON<br>DRAKE SAINTS & MYERS LLP,<br>    Defendants. | **DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT** |

NOW COME the defendants, GE Capital Retail Bank, FSB and Smith Debnam Narron Drake Saintsing & Myers, LLP (collectively, "Defendants"), by and through the undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure move the court for summary judgment in their favor and against the plaintiff;

AND IN SUPPORT OF THIS MOTION, Defendants are filing this date Defendants' Memorandum of Law Supporting Summary Judgment with the following attachments: Declaration of Martha Koehler; Declaration of Jerry T. Myers; and Deposition of Theodore Howard.

WHEREFORE because there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law, Defendants pray that this motion be granted and this action be dismissed with prejudice.

This the 4th day of October, 2013.

                                      **s/Bettie Kelley Sousa**
                                      Bar Number: NC 9902
                                      Smith Debnam Narron Drake
                                        Saintsing & Myers, LLP
                                      Attorneys for Defendants
                                      4601 Six Forks Road, Suite 400
                                      Raleigh, NC 27609
                                      Telephone: 919-250-2105
                                      Fax: 919-250-2100
                                      E-mail: bsousa@smithdebnamlaw.com

```
                    THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                           GREENSBORO DIVISION



    THEODORE HOWARD,                  )
    Plaintiff,                        )
                                      )
    vs.                               )       CASE NO. 1:12-CV-895
                                      )
    GE MONEY, SMITH DEBNAM NARRON     )
    DRAKE SAINTS & MYERS LLP,         )
    Defendants.                       )
```

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all persons who have made an appearance in the case, and I hereby certify that I have mailed the document to the plaintiff, whom I believe to be a non CM/ECF participant, at the following address:

   Theodore Howard
   2359 James Boswell Road
   Burlington, NC 27217

   This the 4th day of October, 2013.

>                        **/s/Bettie Kelley Sousa**
>                        Bar Number: NC 9902
>                        Smith Debnam Narron Drake
>                         Saintsing & Myers, LLP
>                        Attorneys for Defendants
>                        4601 Six Forks Road, Suite 400
>                        Raleigh, NC 27609
>                        Telephone: 919-250-2105
>                        Fax: 919-250-2100
>                        E-mail: bsousa@smithdebnamlaw.com

-2-